IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LISA HOFFMAN,

    Plaintiff,

    v.                                  Case No. 3:20-cv-471

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will instruct the Administrative Law Judge to reconsider Plaintiff's residual functional capacity; further evaluate the opinion evidence from Dr. Greub and Dr. Towers; if warranted, seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that the claimant can perform; give the claimant an opportunity for a hearing; and issue a new decision for the period prior to January 11, 2017.

SO ORDERED this __18TH__ day of __FEBRUARY__, 2021.

_____
Honorable James D. Peterson
United States Chief District Court Judge