IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LISA HOFFMAN,

    Plaintiff,

v.                                Case No. 3:20-cv-471-jdp

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## ORDER

This matter coming before the Court on the parties' Stipulation for Attorney Fees Under the Equal Access to Justice Act, and the Court being duly advised, it is hereby ordered that:

Plaintiff be awarded $4,900 in fees and $400 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in full satisfaction of any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. After the Court enters this award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney.

SO ORDERED this 16th day of MARCH, 2021.

_____
HONORABLE JAMES D. PETERSON
United States Chief District Judge